**[J-109-2020]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| ROBERT KIRKSEY, JR., | : | No. 18 WAP 2020 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Superior Court entered October 9, |
| | : | 2019 at No. 421 WDA 2018, |
| v. | : | affirming the Judgment of the Court |
| | : | of Common Pleas of Allegheny |
| | : | County entered April 12, 2018 at |
| CHILDREN'S HOSPITAL OF PITTSBURGH | : | No. GD 14-010939. |
| OF UPMC, UNIVERSITY OF PITTSBURGH | : | |
| PHYSICIANS, AND SATYANARAYANA | : | ARGUED:  December 2, 2020 |
| GEDELA, M.D., | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 10th day of December, 2020, this appeal is DISMISSED as having been granted improvidently.

    Justice Wecht files a concurring statement.